**Robert McVEIGH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62518.**

Missouri Court of Appeals,
Western District.

July 27, 2004.

Deborah Daniels, Jefferson City, MO, for respondent.

Ruth Sanders, Kansas City, MO, for appellant.

Before: HARDWICK, P.J., SPINDEN and NEWTON, JJ.

### ORDER

PER CURIAM.

Robert McVeigh appeals the denial of his Rule 29.15 motion after an evidentiary hearing. McVeigh alleges his trial counsel was ineffective in failing to object to a redirect examination that went beyond the scope of cross-examination. Upon review of the record, we affirm the denial of post-conviction relief because McVeigh was not prejudiced by his counsel's conduct. We have provided the parties with a Memorandum explaining the reasons for our de-

cision because a published opinion would have no jurisprudential value.

Affirmed. Rule 84.16(b).